**Electronically Filed
Supreme Court
SCWC-25-0000147
19-SEP-2025
08:26 AM
Dkt. 15 ODSAC**

SCWC-25-0000147

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

PALM AVENUE HIALEAH TRUST, A DELAWARE STATUTORY TRUST,
FOR AND ON BEHALF AND SOLELY WITH RESPECT TO
PALM AVENUE HIALEAH TRUST, SERIES 2014-1,
Respondent/Plaintiff-Counterclaim Defendant-Appellee,

vs.

BETH GOLDBERG SHAINE, in her capacity as
Conservator for Elinor K. Goldberg,
Respondent/Defendant-Counterclaimant/
Third Party Plaintiff- Appellee,

and

ALBERT M. GOLDBERG,
Petitioner/Defendant-Counterclaimant/
Third Party Plaintiff-Appellant,

and

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC.;
PUALANI ESTATES AT KONA COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees,

and

BANK OF AMERICA N.A.,
Respondent/Third Party Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-25-0000147; CASE NO. 3CC16100281K)

<u>ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Tonaki, in place of Recktenwald, C.J., recused)

Petitioner's "Notice of Appeal" filed August 11, 2025, which the court construes as an application for writ of certiorari, is hereby dismissed.

DATED: Honolulu, Hawaiʻi, September 19, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ John M. Tonaki